No. 02–8916. COLEMAN *v.* WATKINS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–8917. DAVIS *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 02–8929. THOMAS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8932. TATE *v.* JAIMET, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–8934. JACKSON *v.* KLEVENHAGEN ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–8944. MOORE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–8953. HOWALD *v.* ADOPTIVE PARENTS ET AL. Sup. Ct. Nev. Certiorari denied.

No. 02–8959. TURNER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 02–8961. MOORE *v.* STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–8993. ROSADO *v.* VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 02–9000. BARNES *v.* DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–9014. ADEOGBA *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 02–9015. BOYD ET AL. *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 8th Cir. Certiorari denied.